COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of IRENE BAMBUS, Respondent, v. EDWARD O'ROURKE (Correct Name EDGAR O'ROURKE), Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens, affirmed. No opinion. Young, Kapper and Davis, JJ., concur; Lazansky, P. J., and Hagarty, JJ., dissent.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MARION CANADE, Respondent, v. ANTHONY PAGNOTTA, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, affirmed. No opinion. Young, Kapper, Hagarty and Davis, JJ., concur; Lazansky, P. J., dissents.

E. V. P. HOLDING CORPORATION, Appellant, v. WILLIAM B. EVANS, Respondent.— Order restraining plaintiff from issuing execution against the person or causing the arrest of the defendant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.